UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS BOHANNON, et al.,

Plaintiffs,

v.

RON MANN, et al.,

Defendants.

Case No. 22-cv-04422-RFL (SK)

**ORDER VACATING JULY 27, 2026 MOTION HEARING**

Regarding Docket No. 274

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant Ron Mann's motion to vacate the Clerk's entry of default and for leave to file an answer (Dkt. No. 271) is appropriate for resolution without oral argument. Accordingly, the Court VACATES the hearing scheduled for July 27, 2026. The motion is taken under submission and will be decided on the papers.

**IT IS SO ORDERED**.

Dated: July 23, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California